

SEALED

PEB/SM USAO 2024R00305

SOC - BALTIMORE
24 JUN 18 PM 12:29

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. BAH 24cr199 |
| v. | (Sexual Exploitation of a Child, 18 U.S.C. § 2251(a); Coercion and Enticement of a Minor, 18 U.S.C. § § 2422(b); Possession of Child Pornography, 18 U.S.C. § 2252(a)(4)(B); Forfeiture, 18 U.S.C. §§ 2253 and 2428) |
| CHARLES EDWARD GOSNELL JR., | |
| Defendant. | |

## INDICTMENT

### COUNT ONE
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges that:

On or about August 18, 2023, in the District of Maryland and elsewhere, the defendant

**CHARLES EDWARD GOSNELL JR.,**

knowingly attempted to and did employ, use, persuade, induce, entice, and coerce a minor female to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and said visual depictions were produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, a series of three (3) image files, which depict the exposed genitals of Minor Victim 1, a prepubescent female, and one (1) video file, which depicts Minor Victim 1 naked on a bed with her legs spread apart, using her hand to touch her exposed genitals, said image and video files having been produced and stored on an Motorola cell phone, model Moto G 5G (2022), S/N: ZY22FJGR3G, which was manufactured outside Maryland.

18 U.S.C. § 2251(a) & 2256

1

## COUNT TWO
(Coercion and Enticement)

The Grand Jury for the District of Maryland further charges that:

Beginning in or about July 2023 and continuing through in or about October 2023, in the District of Maryland and elsewhere, the defendant,

## CHARLES EDWARD GOSNELL JR.,

using any facility and means of interstate and foreign commerce, knowingly attempted to and did persuade, induce, entice, and coerce Minor Victim 1, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense.

18 U.S.C. §§ 2422(b), 2427

## COUNT THREE
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further alleges that:

On or about September 8, 2023, in the District of Maryland, the defendant,

**CHARLES EDWARD GOSNELL JR.,**

did knowingly possess and knowingly access with intent to view one or more matters which contained any visual depiction that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed, shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and such depiction being of such conduct, that is, the defendant knowingly possessed a Motorola cell phone, model Moto G 5G (2022), S/N: ZY22FJGR3G; and a Samsung cell phone, model SM-G990U, S/N: R5CT22QGXGT; which was manufactured outside the United States, and contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252(a)(4)(B) & 2256

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further alleges that:

1.      Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 2253 and 2428, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under any of the offenses alleged in Counts One through Three of this Indictment.

### Child Pornography Forfeiture

2.      Upon conviction of any of the offenses set forth in Counts One and Three of this Indictment, the defendant,

### CHARLES EDWARD GOSNELL JR.,

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

a.      Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

b.      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c.      Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

### Coercion and Enticement Forfeiture

3.      Upon conviction of the offense set forth in Count Two of this Indictment, the defendant,

4

**CHARLES EDWARD GOSNELL JR.,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2428(a):

      a.  any interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

      b.  any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

## Property Subject to Forfeiture

4.      The property to be forfeited includes, but is not limited to, the following:

      a.  Motorola cell phone, model Moto G 5G (2022), S/N: ZY22FJGR3G

      b.  Samsung cell phone, model SM-G990U, S/N: R5CT22QGXGT

## Substitute Assets

5.      If any of the property described above, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
18 U.S.C. § 2428
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Erek L. Barron
United States Attorney

SIGNATURE REDACTED

Foreperson

Date: June 18, 2024